COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER TO SUPPLEMENT RECORD

Appellate case name:      Korey Adeleye v. The State of Texas
Appellate case numbers:   01-10-00880-CR
Trial court case numbers: 1212112
Trial court:              337th District Court of Harris County

The District Court Clerk is ORDERED to file a supplemental clerk's record with the Clerk of this Court that contains the following document:

- The "Notice of Appeal on Writ" filed in the trial court on October 1, 2010 (image number 46842662).

*See* TEX. R. APP. P. 34.5(c).

The supplemental clerk's record is to be filed with the Clerk of this Court by July 6, 2012.

It is so **ordered**.


It is so **ORDERED**.


Justice's signature:  /s/ Laura C. Higley
                      ☐ Acting individually


Date: June 25, 2012